

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN THE MATTER OF THE ESTATE OF RICHARD C. POE, DECEASED. | § | No. 08-15-00267-CV |
| | § | Appeal from the |
| | § | Probate Court No. 1 |
| | § | of El Paso County, Texas |
| | § | (TC# 2015-CPR00818) |
| | § | |

## MEMORANDUM OPINION

Pending before the Court is an agreed motion to dismiss the appeal from the trial court's order denying a request for a temporary injunction. *See* TEX.R.APP.P. 42.1(a)(1). During the pendency of the appeal, the trial court reconsidered its ruling and granted, in part, a request for temporary orders. We grant the motion and dismiss the appeal. In accordance with the parties' agreement, costs of the appeal are taxed against the party incurring same. *See* TEX.R.APP.P. 42.1(d).

STEVEN L. HUGHES, Justice

March 23, 2016

Before McClure, C.J., Rodriguez, and Hughes, JJ.